UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA FAIR HOUSING
ALLIANCE, INC.,

    Plaintiff,

v.                                     Case No.: 6:21-cv-00804-CEM-GJK

RP A 7 CENTRAL LLC d/b/a
CENTRAL PLACE AT WINTER
PARK APARTMENTS,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Ninth Judicial Circuit, Orange County, Florida**
**Case No.: 2021-CA-002436-O (Removed)**

☐    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen days after appearance of the party.

Dated this 1st day of June, 2021.

        Respectfully submitted,

        *s/ Steven G. Wenzel*
        **STEVEN G. WENZEL**
        Florida Bar Number: 159055
        **Wenzel Fenton Cabassa, P.A.**
        1110 N. Florida Avenue, Suite 300
        Tampa, Florida 33602
        Main No.: 813-224-0431
        Direct No.: 813-386-0995
        Facsimile No.: 813-229-8712
        Email: swenzel@wfclaw.com
        Email: rcooke@wfclaw.com
        **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of June, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        *s/ Steven G. Wenzel*
        **STEVEN G. WENZEL**