IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA FAIR HOUSING
ALLIANCE, INC.,

    Plaintiff,

v.                                        Case No.:  6:21-cv-00804-CEM-GJK

RP A 7 CENTRAL LLC d/b/a
CENTRAL PLACE AT WINTER
PARK APARTMENTS,

    Defendant.
_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, **RP A 7 CENTRAL LLC d/b/a CENTRAL PLACE AT WINTER PARK APARTMENTS**., hereby discloses the following pursuant to Rule 3.03:

1. The name of each person, including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity that has or might have an interest in the outcome:

    **Andrea Springer** - **Defendant**

    **RP A 7 Central, LLC**
    **d/b/a Central Place at Winter Park Apartments – Defendant**

    **Steven G. Wenzel – Attorney for Defendant**

    **Wenzel Fenton Cabassa, P.A. – Counsel for Defendant**

**Florida Fair Housing Alliance, INC. – Plaintiff**

**Jibrael S. Hindi – Attorney for Plaintiff**

**Thomas J. Patti – Attorney for Plaintiff**

**The Law Offices of Jibrael S. Hindi  -  Counsel for Defendant**

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome: **None.**

3. The name of every other entity that is likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Allegedly Plaintiff, Florida Fair Housing Alliance, Inc., which Defendant denies.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 1st day of June, 2021.

Respectfully submitted,

  *s/ Steven G. Wenzel*
**STEVEN G. WENZEL**
Florida Bar Number: 159055
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: 813-386-0995
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of June 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

  *s/ Steven G. Wenzel*
**STEVEN G. WENZEL**